3/18/2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/20/2015 10:42:57 AM
CHRISTOPHER A. PRINE
Clerk

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO:     FIRST COURT OF APPEALS

From:   Deputy Clerk: DUANE C. GILMORE
        Chris Daniel, District Clerk
        Harris County, T E X A S

NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE FIRST COURT OF APPEALS

CAUSE: 2013-35448B   COURT#: 151ST

VOLUME:   PAGE:     OR     IMAGE #: 64664975

NOTICE OF APPEAL FILE DATE: 3/16/2015

ATTORNEY/FILER: MARIANNE G. ROBAK SBOT: 24048508

JUDGMENT DATE: 12/22/2014                DUE DATE: 4/21/2015

MOTION FOR NEW TRIAL FILE DATE: January 21, 2015

NUMBER OF DAYS: ( CLERKS RECORD ) 120

FILE ORDERED:  YES ☐  NO ☐   IMAGED FILED:  YES ☐  NO ☐

REQUEST FOR TRANSCRIPT FILED?: NONE

NOTICE OF APPEAL PREVIOUSLY FILED: NO     IF YES, APPELLATE NO(S):

NOTES:

CODES FOR NOTICE OF APPEAL:

CHRIS DANIEL
Harris County, District Clerk

By: /S/ DUANE C. GILMORE
        DUANE C. GILMORE , Deputy

BC     NOTICE OF APPEAL FILED
BG     NOTICE OF APPEAL FILED – GOVERNMENT
C      JUDGMENT BEING APPEALED
D -    ACCELERATED APPEAL
OA     NO CLERK'S RECORD REQUEST FILED
O      CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA     AMENDED NOTICE OF APPEAL

CAUSE NO. 2013-35448 - B

| | | |
|---|---|---|
| ELIZABETH A. LOUSTEAU and BRETT CLANTON. | § § § | IN THE DISTRICT COURT OF |
| v. | § § | |
| | § | HARRIS COUNTY, TEXAS |
| | § | |
| JAIME L. NORIEGA and SONIA A. NORIEGA. | § § | 151st JUDICIAL DISTRICT |

<u>NOTICE OF APPEAL</u>

TO THE HONORABLE COURT:

Elizabeth A. Lousteau and Brett Clanton, give notice of their intent to appeal the trial court's judgment rendered on December 22, 2014, in Cause Number 2014-14152; *Jaime L. Noriega and Sonia A. Noriega v. Elizabeth A. Lousteau and Brett Clanton*, In the District Court of Harris County Texas, 151st Judicial District, that was later consolidated with Cause Number 2013-35448; *Elizabeth A. Lousteau and Brett Clanton v. Jaime L. Noriega and Sonia A. Noriega*, In the District Court of Harris County Texas, 151st Judicial District, which was then partially *sua sponte* severed into Cause Number 2013-35448-B; *Elizabeth A. Lousteau and Brett Clanton v. Jaime L. Noriega and Sonia A. Noriega*, In the District Court of Harris County Texas, 151st Judicial District.

Elizabeth A. Lousteau and Brett Clanton also give notice of the appeal of the consolidation order and the *sua sponte* severance order (relating to the December 22, 2014 judgment), both of which were signed February 13, 2015.

Additionally, Elizabeth A. Lousteau and Brett Clanton give notice of their appeal of the Order Vacating February 13, 2015 Order, In Part signed on March 11, 2015.

Furthermore, this Notice of Appeal is also related to Cause Number 2013-35448; *Elizabeth A. Lousteau and Brett Clanton v. Jaime L. Noriega and Sonia A. Noriega*, In the District Court of Harris County Texas, 151st Judicial District consolidated with 2014-14152;

*Jaime L. Noriega and Sonia A. Noriega v. Elizabeth A. Lousteau and Brett Clanton*, In the District Court of Harris County Texas, 151st Judicial District.

This appeal is taken to either in the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

CERSONSKY, ROSEN & GARCIA, P.C.

By: /s/ Marianne G. Robak
    Marianne G. Robak
    mgrobak@law-crg.com
    State Bar: 24048508
    M. H. Cersonsky
    mhcersonsky@law-crg.com
    State Bar: 04048500
    1770 Saint James Place, Suite 150
    Houston, Texas 77056
    Telephone: (713) 600-8500
    Fax: (713) 600-8585

    Attorneys for Defendants,
    Elizabeth A. Lousteau and Brett Clanton

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served to opposing counsel of record, pursuant to Rule 21a(a)(1) of the Texas Rules of Civil Procedure, as indicated below on this 16th of March, 2015:

*Via electronic filing manager*
Sarahjane "SJ" Davidson Swanson
Swanson Law Firm, PLLC
310 Main, Ste. 201
Houston, TX 77056

          /s/ Marianne G. Robak
          Marianne G. Robak

```
JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      MAR 18, 2015(C1)
INT6510                      CIVIL CASE INTAKE            OPT: _____  -  INT
                          GENERAL PARTY INQUIRY          PAGE:   1  -   1

CASE NUM: 201335448B_ PJN> __   TRANS NUM: _____  CURRENT COURT: 151 PUB? _
CASE TYPE: OTHER CIVIL                     CASE STATUS: DISPOSED (FINAL)
STYLE: NORIEGA, JAIME L              VS CLANTON, BRETT
================================================================================
                      **** INACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT
_     00004-0001 DEF 24048508 LOUSTEAU, ELIZABETH A          ROBAK, MARIAN
_     00003-0001 PLT 24036441 NORIEGA, SONIA A               SWANSON, SARA
_     00002-0001 DEF 24048508 CLANTON, BRETT                 ROBAK, MARIAN
_     00001-0001 PLT 24036441 NORIEGA, JAIME L               SWANSON, SARA




==> (4) CONNECTION(S) FOUND
1=ACTIVE       2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP


JUFC7 (NSK#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      MAR 18, 2015(C1)
INT6510                      CIVIL CASE INTAKE            OPT: _____  -  INT
                          GENERAL PARTY INQUIRY          PAGE:   1  -   1

CASE NUM: 201335448B_ PJN> __   TRANS NUM: _____  CURRENT COURT: 151 PUB? _
CASE TYPE: OTHER CIVIL                     CASE STATUS: DISPOSED (FINAL)
STYLE: NORIEGA, JAIME L              VS CLANTON, BRETT
================================================================================
                      **** ACTIVE PARTIES ****
   PJN  PER/CONN COC  BAR       PERSON NAME              PTY    ASSOC. ATTY
   NUM   NUMBER                                          STAT




==> (0) CONNECTION(S) FOUND
1=INACTIVE     2=ATY. INQ.    3=ACT.ENTRY   4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.    7=BACKWARD     8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```